Eliza Howson, Appellant, *v.* Marlene Blouse Corp., Respondent, et al., Defendants.

Supreme Court, Appellate Term, First Department, June 21, 1951.

*Harold Weiss* and *Leo Moskowitz* for appellant.

*William L. Shumate* for respondent.

*Per Curiam.* A witness who is present in or just outside the courtroom may be required to testify notwithstanding the fact that he was not served with a subpœna.

The judgment should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

Hofstadter, Eder and Schreiber, JJ., concur.

Judgment reversed, etc.